BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Branch Director
ANDREW WARDEN
Assistant Branch Director
CRISTEN C. HANDLEY
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ana Adlerstein, *et al.*,** | Case No. 4:19-cv-500-CKJ |
| Plaintiffs, | **Joint Status Report** |
| v. | |
| **U.S. Customs and Border Protection, *et al.*,** | |
| Defendants. | |

Pursuant to this Court's Order, ECF No. 120, the Parties respectfully submit the below joint status report.

As explained in their Stipulation to Stay Litigation Deadlines, ECF No. 121, the Parties have reached an agreement in principle to settle all of Plaintiffs' claims in this matter. Defendants are still in the process of securing final approval of the proposed settlement agreement from the relevant government decisionmakers as required by Department of Justice regulations. *See* 28 C.F.R. §§ 0.160-0.172. Upon receiving final approval for the settlement, the Parties will file the executed settlement agreement

appended to a joint stipulation requesting that the Court dismiss the action with prejudice. As previously noted, ECF No. 121 at 2, the settlement agreement will request that the Court retain jurisdiction for a brief time period in the event disputes arise involving compliance with the terms of the settlement.  And the Parties further agree that, upon execution of the settlement agreement, they will enter into negotiations to resolve Plaintiffs' anticipated demand for attorneys' fees and costs related to this litigation and that, should they be unable to reach agreement, Plaintiffs will file an appropriate motion with the Court.  *See id.* To begin this process, Plaintiffs anticipate providing their first demand for attorneys' fees and costs to Defendants by July 25.

JOINT STATUS REPORT

Dated: July 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Branch Director
ANDREW WARDEN
Assistant Branch Director

/s/Cristen C. Handley
CRISTEN C. HANDLEY
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Defendants*

ACLU FOUNDATION OF ARIZONA
ACLU FOUNDATION OF SOUTHERN
    CALIFORNIA
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP

/s/Mohammad Tajsar
Mohammad Tajsar

*Counsel for Plaintiffs*

JOINT STATUS REPORT